NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-30226 |
| Plaintiff-Appellee, | D.C. No. 4:18-cr-00072-DCN-1 |
| v. | |
| JAMES CLIFFORD GOODWIN III, | MEMORANDUM<sup>*</sup> |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Idaho
David C. Nye, District Judge, Presiding

Submitted August 5, 2020<sup>**</sup>

Before:    SCHROEDER, HAWKINS, and LEE, Circuit Judges.

James Clifford Goodwin III appeals from the district court's judgment and

challenges his guilty-plea conviction and 120-month sentence for possession of

sexually explicit images of a minor, in violation of 18 U.S.C. § 2252(a)(4)(B),

(b)(2).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Goodwin's counsel

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Goodwin the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**